# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:05CV497

| | | |
|---|---|---|
| BARRY W. THOMAS,<br>       Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ADELPHIA COMMUNICATIONS | ) | |
| CORPORATION, a Delaware | ) | |
| Corporation; COX COMMUNICATIONS, | ) | |
| INC., a Delaware Corporation, | ) | |
| TIME WARNER CABLE Inc., | ) | |
| a Delaware Corporation; | ) | |
| and COMCAST CORPORATION, | ) | |
| a Pennsylvania Corporation, | ) | |
|        Defendants. | ) | |
| | ) | |

This matter is before the Court upon its on motion.  After reviewing the above captioned case, the undersigned must recuse himself.

IT IS THEREFORE ORDERED that this case be re-assigned to another Judge.

So ordered.

Thomas v. Adelphia Communications Corporation et al                    Doc. 3

Dockets.Justia.com

**Signed: December 5, 2005**

Graham C. Mullen
Chief United States District Judge