# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Barry W. Thomas

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　3:05cv497

Time Warner Cable, Inc.

    Defendant(s).


DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 10, 2006 Order.

July 13, 2006

FRANK G. JOHNS, CLERK

BY: *Cynthia Huntley*

Cynthia Huntley, Deputy Clerk